# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _2567_____ & TITLE - IN RE: Pre-filled Propane Tank Antitrust Litigation _____

# NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

## PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):

Plaintiff: JonWall, Inc., d/b/a The Original Tom Thumb

## SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):

JonWall, Inc. v. Ferrellgas Partners, L.P., et al, Case No. 2:14-CV-02370 (Dist. of Kansas)

*****************************************************

     In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| 08/11/14 | /s/Daniel E. Gustafson |
|---|---|
| Date | Signature of Attorney or Designee |

## Name and Address of Designated Attorney:

Daniel E. Gustafson, Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402

Telephone No.: (612) 333-8844        Fax No.: (612) 339-6622

Email Address: dgustafson@gustafsongluek.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION** | **MDL DOCKET NO. 2567** |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I, Daniel E. Gustafson, hereby certify that on August 11, 2014,

I caused a true and correct copy of the document detailed below to be served via the CM/ECF

System, electronic mail or U. S. Mail, postage pre-paid, upon the parties and counsel listed on

the attached service list.

    1.  JonWall, Inc.'s Notice of Appearance.

Dated:  August 11, 2014             Respectfully submitted,

                              By:  */s/ Daniel E. Gustafson*
                                 Daniel E. Gustafson
                               Jason S. Kilene
                               Daniel C. Hedlund
                               Eric S. Taubel
                               **GUSTAFSON GLUEK PLLC**
                               Canadian Pacific Plaza
                               120 South 6th Street, Suite 2600
                               Minneapolis, MN 55402
                               T: (612) 333-8844
                               F: (612) 339-622
                               E-mail: dgustafson@gustafsongluek.com
                                         jkilene@gustafsongluek.com
                                         dhedlund@gustafsongluek.com
                                         etaubel@gustafsongluek.com

                               Isaac L. Diel
                               **SHARP MCQUEEN, P.A.**
                               6900 College Blvd., Suite 285
                               Overland Park, KS 66211
                               T: (913) 661-9931
                               E-mail: idiel@sharpmcqueen.com

Patrick W. Michenfelder
**GRIES LENHARDT MICHENFELDER ALLEN, PLLP**
2725 43rd Street NE, Suite 201
St. Michael, MN 55376
T: (763) 497-3099
F: (763) 497-3639
E-mail: Pat@GLMALaw.com

*Counsel for Plaintiff JonWall, Inc.*

## SERVICE LIST

### IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION
### MDL DOCKET NO. 2567

Service via CM/ECF or e-mail unless otherwise noted.

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Melinda R. Coolidge<br>Michael D. Hausfeld<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>T: (202) 540-7200<br>F: (202) 540-7201<br>mcoolidge@hausfeldllp.com<br>mhausfeld@hausfeldllp.com<br><br>Brent W. Landau<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>T: (215) 985-3273<br>F: (215) 985-3271<br>blandau@hausfeldllp.com<br><br>Gregory A. Frank<br>FRANK & BIANCO LLP<br>275 Madison Ave., #704<br>New York, NY 10016<br>T: (212) 682-1853<br>F: (212) 682-1892<br>gfrank@frankandbianco.com<br><br>Thomas V. Bender<br>WALTERS BENDER STROHBEHN &<br>VAUGHAN, P.C.<br>2500 City Center Square, 1100 Main<br>Kansas City, MO 64105<br>T: (816) 274-9728<br>tbender@wbsvlaw.com | *Counsel for Plaintiff Hartig Drug Company, Inc.,*<br>*2:14-cv-4164 (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Norman E. Siegel<br>Barrett J. Vahle<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>T: (816) 714-7100<br>F: (816) 714-7101<br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>T: (206) 623-7292<br>F: (206) 623-0594<br>steve@hbsslaw.com<br><br>Robert B. Carey<br>Leonard W. Aragon<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson , Suite 1000<br>Phoenix, AZ 85003<br>T: (602) 840-5900<br>F: (602) 840-3012<br>rob@hbsslaw.com<br>leonard@hbsslaw.com<br><br>Stuart M. Paynter<br>THE PAYNTER LAW FIRM PLLC<br>1200 G Street, Suite 800<br>Washington, D.C. 20005<br>T: (202) 626-4486<br>F: (866) 734-0622<br>stuart@paynterlawfirm.com | *Counsel for Plaintiffs Mario Ortiz, Stephen Morrison & Steven Tseffos, 2:14-cv-02257 (D. Kansas)* |

2

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Tim J. Riemann<br>BERKOWITZ, OLIVER,<br>WILLIAMS, SHAW &<br>EISENBRANDT, LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>T: (816) 627-0232<br>F: (816) 561-1888<br>triemann@berkowitzoliver.com<br><br>William A. Isaacson<br>Jonathan M. Shaw<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave., NW<br>Washington, DC 20015<br>T: (202) 237-2727<br>wisaacson@bsfllp.com<br>jshaw@bsfllp.com<br><br>Thomas V. Bender<br>WALTERS BENDER STROHBEHN &<br>VAUGHAN, P.C.<br>2500 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105<br>T: (816) 421-6620<br>tbender@wbsvlaw.com<br><br>Christopher T. Hellums<br>PITTMAN, DUTTON & HELLUMS<br>1100 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203<br>T: (205) 322-8880<br>chrish@pittmandutton.com | *Counsel for Plaintiffs Jason Moore's Texaco,*<br>*L.L.C., 2:14-04168 (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Robert W. Coykendall<br>MORRIS, LAING, EVANS, BROCK &<br>KENNEDY, CHTD.--WICHITA<br>300 N. Mead Street, Ste 200<br>Wichita, KS 67202-2745<br>T: (316) 262-2671<br>rcoykendall@morrislaing.com<br><br>Eric L. Cramer<br>Caitlin G. Coslett<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>T: (215) 875-3000<br>ecramer@bm.net<br>ccoslett@bm.net | *Counsel for Plaintiffs Lochraven Sunoco, Inc.,*<br>*2:14-cv-02336 (D. Kansas)* |
| Isaac L. Diel<br>SHARP McQUEEN, P.A.<br>6900 College Blvd, Ste 285<br>Overland Park, KS 66211<br>T : (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Richard A. Koffman<br>Kit A. Pierson<br>Emmy L. Levens<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Ste. 500<br>Washington, DC 20005<br>T: (202) 408-4600<br>rkoffman@cohenmilstein.com<br>kpierson@cohenmilstein.com<br>elevens@cohenmilstein.com<br><br>Roberta D. Liebenberg<br>Donald L. Perelman<br>FINE, KAPLAN AND BLACK, R.P.C.<br>1835 Market St., 28th Floor<br>Philadelphia, PA 19103<br>T: (215) 567-6565<br>rliebenberg@finekaplan.com<br>dperelman@finekaplan.com | *Counsel for Plaintiffs Glenville Shell LLC., 2:14-*<br>*cv-02306 (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Joseph Goldberg<br>FREEDMAN BOYD DANIELS HOLLANDER<br>& GOLDBERG, PA<br>20 First Plaza, Ste. 700<br>Albuquerque, NM 87102<br>T: (505) 842-9960<br>jg@fbdlaw.com | *Counsel for Plaintiffs Glenville Shell LLC., 2:14-cv-02306 (D. Kansas)* |
| Robert W. Coykendall,<br>MORRIS, LAING, EVANS, BROCK &<br>KENNEDY, CHARTERED<br>Old Town Square<br>300 North Mead – Suite 200<br>Wichita, KS 67202<br>T: (316) 262-2671<br>rcoykendall@morrislaing.com<br><br>Roberta D. Liebenberg<br>Donald L. Perelman<br>Gerard A. Dever<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>T: (215) 567-6565<br>rliebenberg@finekaplan.com<br>dperelman@finekaplan.com<br>gdever@finekaplan.com<br><br>David A. Balto<br>Bradley A. Wasser<br>LAW OFFICES OF DAVID BALTO<br>1325 G Street, NW, Ste. 500<br>Washington, DC 20005<br>T: (202) 789-5424<br>david.balto@dcantitrustlaw.com<br>brad.wasser@dcantitrustlaw.com | *Counsel for Plaintiffs Cedar Holly Investments, LLC, 2:14-cv-02350, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| James P. Frickleton<br>Edward D. Robertson , III<br>BARTIMUS, FRICKLETON, ROBERTSON &<br>GOZA<br>11150 Overbrook Dr., Ste. 200<br>Leawood, KS 66211<br>T: (913) 266-2300<br>jimf@bflawfirm.com<br>krobertson@bflawfirm.com<br><br>W. Joseph Bruckner<br>Heidi M. Silton<br>Kate M. Baxter-Kauf<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. S., Ste. 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>wjbruckner@locklaw.com<br>hmsilton@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>Bruce L. Simon<br>PEARSON, SIMON & WARSHAW, LLP<br>44 Montgomery, Ste. 2450<br>San Francisco, CA 94104<br>T: (415) 400-7700<br>bsimon@pswlaw.com<br><br>Michael H. Pearson<br>Bobby Pouya<br>PEARSON, SIMON & WARSHAW, LLP<br>15165 Ventura Blvd., Ste. 400<br>Sherman Oaks, CA 91403<br>T: (818) 205-2803<br>mpearson@pswlaw.com<br>bpouya@pswlaw.com<br><br>Steven A. Hart<br>SEGAL MCCAMBRIDGE SINGER &<br>MAHONEY<br>233 S. Wacker Dr., Ste. 5500<br>Chicago, IL 60606<br>T: (312) 645-7903<br>SHart@SMSM.com | *Counsel for Plaintiffs CEFO Enterprise Corp.,*<br>*2:14-cv-02362, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Tim J. Riemann<br>BERKOWITZ, OLIVER, WILLIAMS, SHAW & EISENBRANDT, LLP-KCMO<br>2600 Grand Blvd., Ste. 1200<br>Kansas City, MO 64108<br>T: (816) 627-0232<br>triemann@berkowitzoliver.com<br><br>David J. Guin<br>Tammy M. Stokes<br>Rex W. Slate<br>GUIN STOKES & EVANS, LLC<br>505 20th St. No., Ste. 1000<br>Birmingham, AL 35203<br>T: (205) 226-2282<br>davidg@gseattorneys.com<br>tammys@gseattorneys.com<br>rexs@gseattorneys.com<br><br>Charles R. Watkins<br>GUIN STOKES & EVANS, LLC<br>321 S. Plymouth Ct., Ste. 1250<br>Chicago, IL 60604<br>T: (312) 878-8391<br>cwatkins@gseattorneys.com | *Counsel for Plaintiffs J & V Management, LLC, 2:14-cv-04189, (W.D. Missouri)* |
| Bryan L. Clobes<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>1101 Market St., Ste. 2650<br>Philadelphia, PA 19107<br>T: (215) 864-2800<br>bclobes@caffertyclobes.com<br><br>Harris L. Pogust<br>Tobias L. Millrod<br>POGUST, BRASLOW & MILLROOD LLC<br>8 Tower Bridge, Ste. 1520<br>161 Washington St.<br>Conshohocken, PA 19428<br>T: (610) 941-4204<br>hpogust@pbmattorneys.com<br>tmillrood@phmattorneys.com | *Counsel for Plaintiffs Arrow Hardware, LLC, 2:14-cv-04132, (E.D. Pennsylvania)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Thomas V Bender<br>WALTERS BENDER STROHBEHN &<br>VAUGHAN, PC<br>1100 Main St., Ste. 2500<br>Kansas City, MO 64196<br>T: (816)421-6620<br>tbender@wbsvlaw.com<br><br>John D. Radice<br>RADICE LAW FIRM, PC<br>34 Sunset Blvd.<br>Long Beach, NJ 08008<br>T: (646) 386-7688<br>jradice@radicelawfirm.com | *Counsel for Plaintiffs AQ Investments, LLC, 2:14-04178, (W.D. Missouri)* |
| Brooks E. Harlow, Esq.<br>LUKAS, NACE, GUTIERREZ & SACHS, LLP<br>8300 Greensboro Dr., Ste. 1200<br>McLean, VA 22101<br>T: (703) 584-8678<br>bharlow@fcclaw.com | *Counsel for Plaintiffs Sean Venezia, Michael S. Harvey, Gregory Ludvigsen, Arthur Hull and Alan Rockwell, 3:14-cv-03141, (N.D. of California)* |
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Solomon B. Cera<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market St., Ste. 2300<br>San Francisco, CA 94105<br>T: (415) 777-2230<br>scera@gbcslaw.com | *Counsel for Plaintiffs Johnson Auto Electric, Inc., 2:14-cv-02345, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION
MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Howard J. Sedran<br>Austin B. Cohen<br>Keith J. Verrier<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut St., Ste. 500<br>Philadelphia, PA 19106<br>T: (215) 592-1500<br>hsedran@lfsblaw.com<br>acohen@lfsblaw.com<br>kverrier@lfsblaw.com<br><br>Richard A. Koffman<br>Kit A. Pierson<br>Emmy L. Levens<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave., Ste. 500<br>Washington, DC 20005<br>T: (202) 408-4600<br>rkoffman@cohenmilstein.com<br>kpierson@cohenmilstein.com<br>elevens@cohenmilstein.com<br><br>David P. McLafferty<br>MCLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette St.<br>Conshohocken, PA 19428<br>T: (610) 940-4000<br>dmclafferty@mdlaffertylaw.com | *Counsel for Plaintiffs American Auto Repair, 2:14-02344, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Solomon B. Cera<br>Thomas C. Bright<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market St., Ste. 2300<br>San Francisco, CA 94105<br>T: (415) 777-2230<br>scera@gbcslaw.com<br>tbright@gbcslaw.com | *Counsel for Plaintiffs Ace High Auto Repair &*<br>*Propane, 2:14-cv-02354, (D. Kansas)* |
| Robert A. Horn<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand Blvd., Ste. 1100<br>Kansas City, MO 64108<br>T: (816) 421-0700<br>rhorn@hab-law.com<br><br>Mindee J. Reuben<br>Jeremy S. Spiegel<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut St., Ste. 1100<br>Philadelphia, PA 19103<br>T: (215) 545-7200<br>reuben@wka-law.com<br>spiegel@wka-law.com | *Counsel for Plaintiffs LJax Enterprises, Inc., 2:14-*<br>*cv-04184, (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION
MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad, Ste. 2100<br>Philadelphia, PA 19107<br>T: (215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br><br>Gregory P. Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI FLAHERTY<br>One City Center, PO Box 9546<br>Portland, ME 04112<br>T: (207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | *Counsel for Plaintiffs Tuckerton Lumber Co., 2:14-cv-02353, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| J. Michael Ponder<br>COOK BARKETT PONDER & WOLZ<br>1610 N. Kings Hwy., Ste. 201<br>Cape Girardeau, MO 63701<br>T: (573) 335-6651<br>mponder@cbpw-law.com<br><br>Vineet Bhatia<br>Richard W. Hess<br>Alexander L. Kaplan<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Ste. 5100<br>Houston, TX 77002<br>T: (713) 651-9366<br>vbhatia@susmangodfrey.com<br>rhess@susmangodfrey.com<br>akaplan@susmangodfrey.com<br><br>Stephen Morrissey<br>SUSMAN GODFREY LLP<br>1201 Third Ave., Ste. 3800<br>Seattle, WA 98101<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>R. Bryant McCulley<br>MCCULLEY MCCLUER PLLC<br>2113 Middle St., Ste. 208<br>Sullivan's Island, SC 29482<br>T: (205) 238-6757<br>bmcculley@mcculleymccluer.com<br><br>Stuart H. McCluer<br>MCCULLEY MCCLUER PLLC<br>1223 Jackson Ave. E., Ste.200<br>Oxford, MS 38655<br>T: (662) 550-4511<br>smccluer@mcculleymccluer.com | *Counsel for Plaintiffs Morgan-Larson, LLC, 4:14-cv-00635, (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Thomas V. Bender<br>WALTERS BENDER STROHBEHN<br>& VAUGHAN, P.C.<br>2500 City Center Square, 1100 Main<br>Kansas City, MO 64105<br>T: (816) 421-6620<br>tbender@wbsvlaw.com<br><br>Eugene A. Spector<br>William G. Caldes<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF & WILLIS,<br>P.C.<br>1818 Market St., Ste. 2500<br>Philadelphia, PA 19103<br>T: (215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jspector@srkw-law.com<br><br>Steven A. Kanner<br>William H. London<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Rd., Ste. 130<br>Bannockburn, IL 60015<br>T: (224) 632-4500<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br><br>David P. McLafferty<br>McLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>T: (610) 940-4000<br>dmclafferty@mclaffertylaw.com | *Counsel for Plaintiffs Butch's Central Coastal, Inc.,*<br>*2:14-cv-04190, (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Isaac L. Diel<br>SHARP MCQUEEN PA<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Daniel E. Gustafson<br>Jason S. Kilene<br>Daniel C. Hedlund<br>Eric S. Taubel<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Ste. 2600<br>Minneapolis, MN 55402<br>T: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>jkilene@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>etaubel@gustafsongluek.com<br><br>Patrick W. Michenfelder<br>GRIES LENHARDT MICHENFELDER<br>ALLEN, PLLP<br>12725 43rd Street NE, Ste. 201<br>St. Michael, MN 55376<br>T: (763) 497-3099<br>Pat@GLMALaw.com | *Counsel for Plaintiffs JonWall, Inc., 2:14-cv-02370, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Isaac L. Diel<br>SHARP MCQUEEN PA<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Gerald J. Rodos<br>Jeffrey B. Gittleman<br>BARRACK, RODOS & BACINE<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>T: (215) 963-0600<br>grodos@barrack.com<br>jgittleman@barrack.com<br><br>Samuel M. Ward<br>BARRACK, RODOS & BACINE<br>One America Plaza<br>600 West Broadway, Ste. 900<br>San Diego, CA 92101<br>(619) 230-0800<br>sward@barrack.com | *Counsel for Plaintiffs RC Gasoline, 2:14-cv-02371,*<br>*(D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Betsy C. Manifold<br>Francis M. Gregorek<br>Rachele R. Rickert<br>Marisa C. Livesay<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>750 B St., Ste. 2770<br>San Diego, CA 92101<br>T: (619) 239-4599<br>manifold@whafh.com<br>gregorek@whafh.com<br>rickert@whafh.com<br>livesay@whafh.com<br><br>Fred T. Isquith<br>Thomas H. Burt<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Ave.<br>New York, NY 10016<br>T: (212) 545-4600<br>isquith@whafh.com<br>burt@whafh.com<br><br>Theodore R. Bell<br>Carl V. Malstrom<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>55 W. Monroe St., Ste. 1111<br>Chicago, IL 60603<br>T: (312) 984-0000<br>tbell@whafh.com<br>malmstrom@whafh.com | *Counsel for Plaintiffs Thomas R. Clark and Bryce Mander, 3:14-cv-01775, (S.D. California)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Matthew L. Dameron<br>Eric L. Dirks<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Ste. 2600<br>Kansas City, MO 64105<br>(816) 876-2600<br>dirks@williamsdirks.com<br>matt@williamsdirks.com<br><br>Brian P. Murray<br>Lee Albert<br>GLANCY BINKOW & GOLDBERG<br>LLP<br>122 East 42nd St., Ste. 2920<br>New York, NY 10168<br>(212) 682-5340<br>bmurray@glancylaw.com<br>lalbert@glancylaw.com<br><br>Michael M. Goldberg<br>GLANCY BINKOW & GOLDBERG<br>LLP<br>1925 Century Park East, Ste. 2100<br>Los Angeles, CA 90067<br>(310) 201-9150<br>mgoldberg@glancylaw.com | *Counsel for Plaintiffs OM Commercial Neenah Oil, Inc., 2:14-cv-04197, (W.D. of Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Peter W. Herzog, III<br>BRYAN CAVE LLP – ST. LOUIS<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>T: (314) 259-2353<br>pwherzoh@bryancave.com<br><br>Craig S. O'Dear<br>BRYAN CAVE, LLP – KC<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105<br>T: 816-374-3200<br>csodear@bryancave.com | *Counsel for Defendants Ferrellgas Partners, L.P., and Ferrellgas, L.P.* |
| Jay N. Varon<br>FOLEY & LARDNER LLP<br>Washington Harbour<br>3000 K Street, N.W. Suite 600<br>Washington D.C. 20007-5143<br>T: (202) 672-5380<br>jvaron@foley.com | *Counsel for Defendants AmeriGas Partners, L.P., AmeriGas Propane, L.P., AmeriGas Propane, Inc., and UGI Corporation* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Via First Class Mail<br>Clerk of the Court<br>United States District Court<br>Robert J. Dole United States Courthouse<br>500 State Avenue, Suite 259<br>Kansas City, KS 66101 | Clerk of Court, District of Kansas |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Western District of Missouri<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street<br>Kansas City, Missouri 64106 | Clerk of Court, Western District of Missouri |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-179 | Clerk of Court, Eastern District of Pennsylvania |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Northern District of California<br>Phillip Burton Federal Building<br>& United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 | Clerk of Court, Northern District of California |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Southern District of California<br>Edward J. Schwartz U.S. Courthouse<br>221 West Broadway<br>San Diego, CA 92101 | Clerk of Court, Southern District of California |

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____2567_____ & TITLE - IN RE: Pre-filled Propane Tank Antitrust Litigation

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

JonWall, Inc. v. Ferrellgas Partners, L.P., et al, Case No. 2:14-CV-02370 (Dist. of Kansas)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____JonWall, Inc._____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐    This party's parent corporation(s) are listed below:

☐    The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑    This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Daniel E. Gustafson
_____
Signature of Attorney

Gustafson Gluek PLLC
_____
Name of Firm

120 South Sixth Street, Suite 2600
_____
Address

Minneapolis, MN 55402
_____
City/State/Zip Code

Date 08/11/14
_____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document.  All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION** | **MDL DOCKET NO. 2567** |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I, Daniel E. Gustafson, hereby certify that on August 11, 2014,

I caused a true and correct copy of the document detailed below to be served via the CM/ECF

System, electronic mail or U. S. Mail, postage pre-paid, upon the parties and counsel listed on

the attached service list.

    1.   JonWall, Inc.'s Corporate Disclosure Statement.

Dated:  August 11, 2014                Respectfully submitted,

                                      By: */s/ Daniel E. Gustafson*
                                      Daniel E. Gustafson
                                      Jason S. Kilene
                                      Daniel C. Hedlund
                                      Eric S. Taubel
                                      **GUSTAFSON GLUEK PLLC**
                                      Canadian Pacific Plaza
                                      120 South 6th Street, Suite 2600
                                      Minneapolis, MN 55402
                                      T: (612) 333-8844
                                      F: (612) 339-622
                                      E-mail: dgustafson@gustafsongluek.com
                                                     jkilene@gustafsongluek.com
                                                     dhedlund@gustafsongluek.com
                                                     etaubel@gustafsongluek.com

                                    Isaac L. Diel
                                    **SHARP MCQUEEN, P.A.**
                                    6900 College Blvd., Suite 285
                                    Overland Park, KS 66211
                                    T: (913) 661-9931
                                    E-mail: idiel@sharpmcqueen.com

Patrick W. Michenfelder
**GRIES LENHARDT MICHENFELDER
ALLEN, PLLP**
2725 43rd Street NE, Suite 201
St. Michael, MN 55376
T: (763) 497-3099
F: (763) 497-3639
E-mail: Pat@GLMALaw.com

*Counsel for Plaintiff JonWall, Inc.*

**SERVICE LIST**

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION
MDL DOCKET NO. 2567**

Service via CM/ECF or e-mail unless otherwise noted.

| COUNSEL AND MANNER OF SERVICE | PARTY |
| --- | --- |
| Melinda R. Coolidge<br>Michael D. Hausfeld<br>HAUSFELD LLP<br>1700 K Street, NW, Suite 650<br>Washington, DC 20006<br>T: (202) 540-7200<br>F: (202) 540-7201<br>mcoolidge@hausfeldllp.com<br>mhausfeld@hausfeldllp.com<br><br>Brent W. Landau<br>HAUSFELD LLP<br>325 Chestnut Street, Suite 900<br>Philadelphia, PA 19106<br>T: (215) 985-3273<br>F: (215) 985-3271<br>blandau@hausfeldllp.com<br><br>Gregory A. Frank<br>FRANK & BIANCO LLP<br>275 Madison Ave., #704<br>New York, NY 10016<br>T: (212) 682-1853<br>F: (212) 682-1892<br>gfrank@frankandbianco.com<br><br>Thomas V. Bender<br>WALTERS BENDER STROHBEHN &<br>VAUGHAN, P.C.<br>2500 City Center Square, 1100 Main<br>Kansas City, MO 64105<br>T: (816) 274-9728<br>tbender@wbsvlaw.com | *Counsel for Plaintiff Hartig Drug Company, Inc.,*<br>*2:14-cv-4164 (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Norman E. Siegel<br>Barrett J. Vahle<br>STUEVE SIEGEL HANSON LLP<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>T: (816) 714-7100<br>F: (816) 714-7101<br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>T: (206) 623-7292<br>F: (206) 623-0594<br>steve@hbsslaw.com<br><br>Robert B. Carey<br>Leonard W. Aragon<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>11 West Jefferson , Suite 1000<br>Phoenix, AZ 85003<br>T: (602) 840-5900<br>F: (602) 840-3012<br>rob@hbsslaw.com<br>leonard@hbsslaw.com<br><br>Stuart M. Paynter<br>THE PAYNTER LAW FIRM PLLC<br>1200 G Street, Suite 800<br>Washington, D.C. 20005<br>T: (202) 626-4486<br>F: (866) 734-0622<br>stuart@paynterlawfirm.com | *Counsel for Plaintiffs Mario Ortiz, Stephen Morrison & Steven Tseffos, 2:14-cv-02257 (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Tim J. Riemann<br>BERKOWITZ, OLIVER,<br>WILLIAMS, SHAW &<br>EISENBRANDT, LLP<br>2600 Grand Boulevard, Suite 1200<br>Kansas City, MO 64108<br>T: (816) 627-0232<br>F: (816) 561-1888<br>triemann@berkowitzoliver.com<br><br>William A. Isaacson<br>Jonathan M. Shaw<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Ave., NW<br>Washington, DC 20015<br>T: (202) 237-2727<br>wisaacson@bsfllp.com<br>jshaw@bsfllp.com<br><br>Thomas V. Bender<br>WALTERS BENDER STROHBEHN &<br>VAUGHAN, P.C.<br>2500 City Center Square<br>1100 Main Street<br>Kansas City, MO 64105<br>T: (816) 421-6620<br>tbender@wbsvlaw.com<br><br>Christopher T. Hellums<br>PITTMAN, DUTTON & HELLUMS<br>1100 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203<br>T: (205) 322-8880<br>chrish@pittmandutton.com | *Counsel for Plaintiffs Jason Moore's Texaco,*<br>*L.L.C., 2:14-04168 (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Robert W. Coykendall<br>MORRIS, LAING, EVANS, BROCK &<br>KENNEDY, CHTD.--WICHITA<br>300 N. Mead Street, Ste 200<br>Wichita, KS 67202-2745<br>T: (316) 262-2671<br>rcoykendall@morrislaing.com<br><br>Eric L. Cramer<br>Caitlin G. Coslett<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>T: (215) 875-3000<br>ecramer@bm.net<br>ccoslett@bm.net | *Counsel for Plaintiffs Lochraven Sunoco, Inc.,*<br>*2:14-cv-02336 (D. Kansas)* |
| Isaac L. Diel<br>SHARP McQUEEN, P.A.<br>6900 College Blvd, Ste 285<br>Overland Park, KS  66211<br>T:  (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Richard A. Koffman<br>Kit A. Pierson<br>Emmy L. Levens<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave. NW, Ste. 500<br>Washington, DC  20005<br>T: (202) 408-4600<br>rkoffman@cohenmilstein.com<br>kpierson@cohenmilstein.com<br>elevens@cohenmilstein.com<br><br>Roberta D. Liebenberg<br>Donald L. Perelman<br>FINE, KAPLAN AND BLACK, R.P.C.<br>1835 Market St., 28th Floor<br>Philadelphia, PA 19103<br>T: (215) 567-6565<br>rliebenberg@finekaplan.com<br>dperelman@finekaplan.com | *Counsel for Plaintiffs Glenville Shell LLC., 2:14-*<br>*cv-02306 (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Joseph Goldberg<br>FREEDMAN BOYD DANIELS HOLLANDER<br>& GOLDBERG, PA<br>20 First Plaza, Ste. 700<br>Albuquerque, NM 87102<br>T: (505) 842-9960<br> jg@fbdlaw.com | *Counsel for Plaintiffs Glenville Shell LLC., 2:14-cv-02306 (D. Kansas)* |
| Robert W. Coykendall,<br>MORRIS, LAING, EVANS, BROCK &<br>KENNEDY, CHARTERED<br>Old Town Square<br>300 North Mead – Suite 200<br>Wichita, KS 67202<br>T: (316) 262-2671<br>rcoykendall@morrislaing.com<br><br>Roberta D. Liebenberg<br>Donald L. Perelman<br>Gerard A. Dever<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>T: (215) 567-6565<br>rliebenberg@finekaplan.com<br>dperelman@finekaplan.com<br>gdever@finekaplan.com<br><br>David A. Balto<br>Bradley A. Wasser<br>LAW OFFICES OF DAVID BALTO<br>1325 G Street, NW, Ste. 500<br>Washington, DC 20005<br>T: (202) 789-5424<br>david.balto@dcantitrustlaw.com<br>brad.wasser@dcantitrustlaw.com | *Counsel for Plaintiffs Cedar Holly Investments, LLC, 2:14-cv-02350, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| James P. Frickleton<br>Edward D. Robertson , III<br>BARTIMUS, FRICKLETON, ROBERTSON &<br>GOZA<br>11150 Overbrook Dr., Ste. 200<br>Leawood, KS 66211<br>T: (913) 266-2300<br>jimf@bflawfirm.com<br>krobertson@bflawfirm.com<br><br>W. Joseph Bruckner<br>Heidi M. Silton<br>Kate M. Baxter-Kauf<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Ave. S., Ste. 2200<br>Minneapolis, MN 55401<br>T: (612) 339-6900<br>wjbruckner@locklaw.com<br>hmsilton@locklaw.com<br>kmbaxter-kauf@locklaw.com<br><br>Bruce L. Simon<br>PEARSON, SIMON & WARSHAW, LLP<br>44 Montgomery, Ste. 2450<br>San Francisco, CA 94104<br>T: (415) 400-7700<br>bsimon@pswlaw.com<br><br>Michael H. Pearson<br>Bobby Pouya<br>PEARSON, SIMON & WARSHAW, LLP<br>15165 Ventura Blvd., Ste. 400<br>Sherman Oaks, CA 91403<br>T: (818) 205-2803<br>mpearson@pswlaw.com<br>bpouya@pswlaw.com<br><br>Steven A. Hart<br>SEGAL MCCAMBRIDGE SINGER &<br>MAHONEY<br>233 S. Wacker Dr., Ste. 5500<br>Chicago, IL 60606<br>T: (312) 645-7903<br>SHart@SMSM.com | *Counsel for Plaintiffs CEFO Enterprise Corp.,*<br>*2:14-cv-02362, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Tim J. Riemann<br>BERKOWITZ, OLIVER, WILLIAMS, SHAW & EISENBRANDT, LLP-KCMO<br>2600 Grand Blvd., Ste. 1200<br>Kansas City, MO 64108<br>T: (816) 627-0232<br>triemann@berkowitzoliver.com<br><br>David J. Guin<br>Tammy M. Stokes<br>Rex W. Slate<br>GUIN STOKES & EVANS, LLC<br>505 20th St. No., Ste. 1000<br>Birmingham, AL 35203<br>T: (205) 226-2282<br>davidg@gseattorneys.com<br>tammys@gseattorneys.com<br>rexs@gseattorneys.com<br><br>Charles R. Watkins<br>GUIN STOKES & EVANS, LLC<br>321 S. Plymouth Ct., Ste. 1250<br>Chicago, IL 60604<br>T: (312) 878-8391<br>cwatkins@gseattorneys.com | *Counsel for Plaintiffs J & V Management, LLC, 2:14-cv-04189, (W.D. Missouri)* |
| Bryan L. Clobes<br>CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP<br>1101 Market St., Ste. 2650<br>Philadelphia, PA 19107<br>T: (215) 864-2800<br>bclobes@caffertyclobes.com<br><br>Harris L. Pogust<br>Tobias L. Millrod<br>POGUST, BRASLOW & MILLROOD LLC<br>8 Tower Bridge, Ste. 1520<br>161 Washington St.<br>Conshohocken, PA 19428<br>T: (610) 941-4204<br>hpogust@pbmattorneys.com<br>tmillrood@phmattorneys.com | *Counsel for Plaintiffs Arrow Hardware, LLC, 2:14-cv-04132, (E.D. Pennsylvania)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Thomas V Bender<br>WALTERS BENDER STROHBEHN &<br>VAUGHAN, PC<br>1100 Main St., Ste. 2500<br>Kansas City, MO 64196<br>T: (816)421-6620<br>tbender@wbsvlaw.com<br><br>John D. Radice<br>RADICE LAW FIRM, PC<br>34 Sunset Blvd.<br>Long Beach, NJ 08008<br>T: (646) 386-7688<br>jradice@radicelawfirm.com | *Counsel for Plaintiffs AQ Investments, LLC, 2:14-04178, (W.D. Missouri)* |
| Brooks E. Harlow, Esq.<br>LUKAS, NACE, GUTIERREZ & SACHS, LLP<br>8300 Greensboro Dr., Ste. 1200<br>McLean, VA 22101<br>T: (703) 584-8678<br>bharlow@fcclaw.com | *Counsel for Plaintiffs Sean Venezia, Michael S. Harvey, Gregory Ludvigsen, Arthur Hull and Alan Rockwell, 3:14-cv-03141, (N.D. of California)* |
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Solomon B. Cera<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market St., Ste. 2300<br>San Francisco, CA 94105<br>T: (415) 777-2230<br>scera@gbcslaw.com | *Counsel for Plaintiffs Johnson Auto Electric, Inc., 2:14-cv-02345, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Howard J. Sedran<br>Austin B. Cohen<br>Keith J. Verrier<br>LEVIN FISHBEIN SEDRAN & BERMAN<br>510 Walnut St., Ste. 500<br>Philadelphia, PA 19106<br>T: (215) 592-1500<br>hsedran@lfsblaw.com<br>acohen@lfsblaw.com<br>kverrier@lfsblaw.com<br><br>Richard A. Koffman<br>Kit A. Pierson<br>Emmy L. Levens<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Ave., Ste. 500<br>Washington, DC 20005<br>T: (202) 408-4600<br>rkoffman@cohenmilstein.com<br>kpierson@cohenmilstein.com<br>elevens@cohenmilstein.com<br><br>David P. McLafferty<br>MCLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette St.<br>Conshohocken, PA 19428<br>T: (610) 940-4000<br>dmclafferty@mdlaffertylaw.com | *Counsel for Plaintiffs American Auto Repair, 2:14-02344, (D. Kansas)* |

IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION
MDL DOCKET NO. 2567

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Solomon B. Cera<br>Thomas C. Bright<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market St., Ste. 2300<br>San Francisco, CA 94105<br>T: (415) 777-2230<br>scera@gbcslaw.com<br>tbright@gbcslaw.com | *Counsel for Plaintiffs Ace High Auto Repair &<br>Propane, 2:14-cv-02354, (D. Kansas)* |
| Robert A. Horn<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand Blvd., Ste. 1100<br>Kansas City, MO 64108<br>T: (816) 421-0700<br>rhorn@hab-law.com<br><br>Mindee J. Reuben<br>Jeremy S. Spiegel<br>WEINSTEIN KITCHENOFF & ASHER LLC<br>1845 Walnut St., Ste. 1100<br>Philadelphia, PA 19103<br>T: (215) 545-7200<br>reuben@wka-law.com<br>spiegel@wka-law.com | *Counsel for Plaintiffs LJax Enterprises, Inc., 2:14-<br>cv-04184, (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Issac L. Diel<br>SHARP MCQUEEN, P.A.<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad, Ste. 2100<br>Philadelphia, PA 19107<br>T: (215) 238-1700<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br><br>Gregory P. Hansel<br>Randall B. Weill<br>Michael S. Smith<br>PRETI FLAHERTY<br>One City Center, PO Box 9546<br>Portland, ME 04112<br>T: (207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com<br>msmith@preti.com | *Counsel for Plaintiffs Tuckerton Lumber Co., 2:14-cv-02353, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| J. Michael Ponder<br>COOK BARKETT PONDER & WOLZ<br>1610 N. Kings Hwy., Ste. 201<br>Cape Girardeau, MO 63701<br>T: (573) 335-6651<br>mponder@cbpw-law.com<br><br>Vineet Bhatia<br>Richard W. Hess<br>Alexander L. Kaplan<br>SUSMAN GODFREY LLP<br>1000 Louisiana, Ste. 5100<br>Houston, TX 77002<br>T: (713) 651-9366<br>vbhatia@susmangodfrey.com<br>rhess@susmangodfrey.com<br>akaplan@susmangodfrey.com<br><br>Stephen Morrissey<br>SUSMAN GODFREY LLP<br>1201 Third Ave., Ste. 3800<br>Seattle, WA 98101<br>T: (206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>R. Bryant McCulley<br>MCCULLEY MCCLUER PLLC<br>2113 Middle St., Ste. 208<br>Sullivan's Island, SC 29482<br>T: (205) 238-6757<br>bmcculley@mcculleymccluer.com<br><br>Stuart H. McCluer<br>MCCULLEY MCCLUER PLLC<br>1223 Jackson Ave. E., Ste.200<br>Oxford, MS 38655<br>T: (662) 550-4511<br>smccluer@mcculleymccluer.com | *Counsel for Plaintiffs Morgan-Larson, LLC, 4:14-cv-00635, (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Thomas V. Bender<br>WALTERS BENDER STROHBEHN<br>& VAUGHAN, P.C.<br>2500 City Center Square, 1100 Main<br>Kansas City, MO 64105<br>T: (816) 421-6620<br>tbender@wbsvlaw.com<br><br>Eugene A. Spector<br>William G. Caldes<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN KODROFF & WILLIS, P.C.<br>1818 Market St., Ste. 2500<br>Philadelphia, PA 19103<br>T: (215) 496-0300<br>espector@srkw-law.com<br>bcaldes@srkw-law.com<br>jspector@srkw-law.com<br><br>Steven A. Kanner<br>William H. London<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Rd., Ste. 130<br>Bannockburn, IL 60015<br>T: (224) 632-4500<br>skanner@fklmlaw.com<br>blondon@fklmlaw.com<br><br>David P. McLafferty<br>McLAFFERTY & ASSOCIATES, P.C.<br>923 Fayette Street<br>Conshohocken, PA 19428<br>T: (610) 940-4000<br>dmclafferty@mclaffertylaw.com | *Counsel for Plaintiffs Butch's Central Coastal, Inc., 2:14-cv-04190, (W.D. Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Isaac L. Diel<br>SHARP MCQUEEN PA<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Daniel E. Gustafson<br>Jason S. Kilene<br>Daniel C. Hedlund<br>Eric S. Taubel<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Ste. 2600<br>Minneapolis, MN 55402<br>T: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>jkilene@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>etaubel@gustafsongluek.com<br><br>Patrick W. Michenfelder<br>GRIES LENHARDT MICHENFELDER<br>ALLEN, PLLP<br>12725 43rd Street NE, Ste. 201<br>St. Michael, MN 55376<br>T: (763) 497-3099<br>Pat@GLMALaw.com | *Counsel for Plaintiffs JonWall, Inc., 2:14-cv-02370, (D. Kansas)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Isaac L. Diel<br>SHARP MCQUEEN PA<br>6900 College Blvd., Ste. 285<br>Overland Park, KS 66211<br>T: (913) 661-9931<br>idiel@sharpmcqueen.com<br><br>Gerald J. Rodos<br>Jeffrey B. Gittleman<br>BARRACK, RODOS & BACINE<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>T: (215) 963-0600<br>grodos@barrack.com<br>jgittleman@barrack.com<br><br>Samuel M. Ward<br>BARRACK, RODOS & BACINE<br>One America Plaza<br>600 West Broadway, Ste. 900<br>San Diego, CA 92101<br>(619) 230-0800<br>sward@barrack.com | *Counsel for Plaintiffs RC Gasoline, 2:14-cv-02371,<br>(D. Kansas)* |

## IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION
## MDL DOCKET NO. 2567

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Betsy C. Manifold<br>Francis M. Gregorek<br>Rachele R. Rickert<br>Marisa C. Livesay<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>750 B St., Ste. 2770<br>San Diego, CA 92101<br>T: (619) 239-4599<br>manifold@whafh.com<br>gregorek@whafh.com<br>rickert@whafh.com<br>livesay@whafh.com<br><br>Fred T. Isquith<br>Thomas H. Burt<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>270 Madison Ave.<br>New York, NY 10016<br>T: (212) 545-4600<br>isquith@whafh.com<br>burt@whafh.com<br><br>Theodore R. Bell<br>Carl V. Malstrom<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>55 W. Monroe St., Ste. 1111<br>Chicago, IL 60603<br>T: (312) 984-0000<br>tbell@whafh.com<br>malmstrom@whafh.com | *Counsel for Plaintiffs Thomas R. Clark and Bryce Mander, 3:14-cv-01775, (S.D. California)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Matthew L. Dameron<br>Eric L. Dirks<br>WILLIAMS DIRKS DAMERON LLC<br>1100 Main Street, Ste. 2600<br>Kansas City, MO 64105<br>(816) 876-2600<br>dirks@williamsdirks.com<br>matt@williamsdirks.com<br><br>Brian P. Murray<br>Lee Albert<br>GLANCY BINKOW & GOLDBERG LLP<br>122 East 42nd St., Ste. 2920<br>New York, NY 10168<br>(212) 682-5340<br>bmurray@glancylaw.com<br>lalbert@glancylaw.com<br><br>Michael M. Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1925 Century Park East, Ste. 2100<br>Los Angeles, CA 90067<br>(310) 201-9150<br>mgoldberg@glancylaw.com | *Counsel for Plaintiffs OM Commercial Neenah Oil, Inc., 2:14-cv-04197, (W.D. of Missouri)* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Peter W. Herzog, III<br>BRYAN CAVE LLP – ST. LOUIS<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>T: (314) 259-2353<br>pwherzoh@bryancave.com<br><br>Craig S. O'Dear<br>BRYAN CAVE, LLP – KC<br>1200 Main Street, Suite 3800<br>Kansas City, MO 64105<br>T: 816-374-3200<br>csodear@bryancave.com | *Counsel for Defendants Ferrellgas Partners, L.P., and Ferrellgas, L.P.* |
| Jay N. Varon<br>FOLEY & LARDNER LLP<br>Washington Harbour<br>3000 K Street, N.W. Suite 600<br>Washington D.C. 20007-5143<br>T: (202) 672-5380<br>jvaron@foley.com | *Counsel for Defendants AmeriGas Partners, L.P., AmeriGas Propane, L.P., AmeriGas Propane, Inc., and UGI Corporation* |

**IN RE: PRE-FILLED PROPANE TANK ANTITRUST LITIGATION**
**MDL DOCKET NO. 2567**

| COUNSEL AND MANNER OF SERVICE | PARTY |
|---|---|
| Via First Class Mail<br>Clerk of the Court<br>United States District Court<br>Robert J. Dole United States Courthouse<br>500 State Avenue, Suite 259<br>Kansas City, KS 66101 | Clerk of Court, District of Kansas |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Western District of Missouri<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street<br>Kansas City, Missouri 64106 | Clerk of Court, Western District of Missouri |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-179 | Clerk of Court, Eastern District of Pennsylvania |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Northern District of California<br>Phillip Burton Federal Building<br>& United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 | Clerk of Court, Northern District of California |
| Via First Class Mail<br>Clerk of the Court<br>United States District Court,<br>Southern District of California<br>Edward J. Schwartz U.S. Courthouse<br>221 West Broadway<br>San Diego, CA 92101 | Clerk of Court, Southern District of California |